IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MIKE FASULA CONCRETE CONSTRUCTION, INC., a dissolved Illinois corporation, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 11 C 7500 <br><br> JUDGE EDMOND E. CHANG |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MIKE FASULA CONCRETE CONSTRUCTION, INC., a dissolved Illinois corporation, in the total amount of $5,803.98, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $7,127.35.

On October 27, 2011, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business. Therefore, Defendant's answer was due on November 17, 2011. Defendant's answer to Plaintiffs' Complaint was filed on November 18, 2011. On May 9, 2012, this Court granted the motion of Defendant's counsel to withdraw their appearances and ordered Defendant to retain counsel by June 12, 2012. Since Defendant has not retained counsel to defend the case, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>5th</u> day of <u>June 2012</u>**:**

      Mr. Michael J. Fasula, President
      Mike Fasula Concrete Construction, Inc.
      3196 Alyce Drive
      Rockton, IL   61072


         /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Fasula, Mike Concrete\motion.cmc.df.wpd